UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ESCAMBIA CHRISTIAN SCHOOL, INC.,**

    Plaintiff,

v.                        Case No.  3:25-cv-1901-TKW-ZCB

**FLORIDA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES, DIVISION OF FOOD NUTRITION AND WELLNESS,**

    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4).  No objections were filed.

Upon due consideration of the Report and Recommendation and the entire case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because Plaintiff is not represented by an attorney and it did not comply with the court order requiring an attorney to appear on its behalf.  Accordingly, it is

**ORDERED** that:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED without prejudice for lack of proper representation and for failure to comply with a court order.

3. The Clerk shall terminate all pending motions, enter judgment in accordance with this Order, and close the case file.

**DONE AND ORDERED** this 1st day of December, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**